# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-1598

———————————————

DARREL EARL DAISE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

February 8, 2019

PER CURIAM.

AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Steven L. Seliger and Justin F. Karpf, Assistant Public Defenders, Tallahassee, for Appellant; Darrel Earl Daise, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.